Scott D. Cunningham (State Bar No.: 200413) *(Designated Counsel for Service)*
Julia K. Doyle (State Bar No.: 245020)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: scunningham@condonlaw.com
Email: jdoyle@condonlaw.com

Attorneys for Defendant
CHINA AIRLINES, LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARENDRA KUMAR, MANISH KUMAR, MONICA KUMAR, and SAVITRI SRIVASTAVA,<br><br>  Plaintiffs,<br><br>vs.<br><br>CHINA AIRLINES, and DOES 1-10,<br><br>  Defendants. | Case No. CV 08-01044-OWW-GSA<br><br>**REQUEST TO CONTINUE THE HEARING ON CHINA AIRLINES' MOTION TO DISMISS UNTIL DECEMBER 1, 2008**<br><br>[Filed concurrently with the Declarations of Scott D. Cunningham and Julia K. Doyle in support hereof, and Proposed Order]<br><br>Date: **December 1, 2008**<br>Time: 10:00 a.m.<br>Place: Courtroom 3<br>Judge: Honorable Oliver W. Wanger<br>**(NOTE DATE CHANGE)** |

Defendant China Airlines, Ltd. ("China Airlines"), by its attorneys, Condon & Forsyth LLP, respectfully requests that the Court continue the hearing date on China Airlines' Motion to Dismiss, currently scheduled to take place on November 3, 2008, as follows:

China Airlines' Motion to Dismiss is was initially set to be heard on October 27, 2008, at 10:00 a.m. in the courtroom of the Honorable Oliver W. Wanger, at the above-entitled court, located at 2500 Tulare Street, Fresno, California.

PDF created with pdfFactory trial version www.pdffactory.com

1  On August 29, 2008, China Airlines requested a continuance of the hearing
2  on the grounds that on October 27, 2008, trial counsel for China Airlines was
3  required to personally appear at a Rule 16 Scheduling Conference before the
4  Central District Court in the matter of *Bonilla-Maldonado, et al. v. TACA*
5  *International Airlines*, Case No. CV 08-04216 DDP (RCx) (C.D. Cal.), a mass air
6  disaster action arising out of the crash of TACA flight 390 in Honduras on May 30,
7  2008.  *See* Declaration of Scott D. Cunningham, ¶ 3.  Associate counsel for China
8  Airlines was, and remains unavailable to attend the hearing due to maternity leave.
9  *See* Declaration of Julia K. Doyle, ¶ 4.
10  On September 2, 2008, the Court granted China Airlines' request to continue
11  the hearing from October 27, 2008, to November 3, 2008.
12  On October 1, 2008, trial counsel for China Airlines was notified that the
13  Court in *Bonilla-Maldonado, et al. v. TACA International Airlines* on its own
14  motion continued the Rule 16 Scheduling Conference from October 27, 2008, to
15  November 3, 2008.  *See* Declaration of Scott D. Cunningham, ¶ 5, Exhibit A.
16  Thus, counsel has a calendar conflict with respect to the Rule 16 Scheduling
17  Conference and the hearing on the motion to dismiss in the present matter.
18  The plaintiffs in this matter are acting pro se.  Counsel for China Airlines
19  has made several attempts to contact the plaintiffs, by mail and by telephone, to no
20  avail.  *See* Declaration of Julia K. Doyle, ¶¶ 2–3.  Accordingly, the parties are
21  unable to reach a stipulation to continue the hearing on China Airlines' motion.
22  / /
23  / /
24  / /
25  / /
26  / /
27  / /
28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

REQUEST AND [PROPOSED] ORDER TO CONTINUE THE
HEARING ON CHINA AIRLINES' MOTION TO DISMISS
UNTIL NOVEMBER 10, 2008

2

PDF created with pdfFactory trial version www.pdffactory.com

In light of the foregoing, China Airlines submits that good cause exists for the Hearing on China Airlines' Motion to Dismiss be postponed until November 10, 2008, at 10:00 a.m.

Dated: October 7, 2008                    CONDON & FORSYTH LLP


                                          By: /s/ Scott D. Cunningham
                                              SCOTT D. CUNNINGHAM
                                              JULIA K. DOYLE
                                              Attorneys for Defendant
                                              CHINA AIRLINES, LTD.


**ORDER**

On October __7__, 2008, China Airlines, Ltd. ("China Airlines"), by its attorneys, Condon & Forsyth LLP, submitted its Request to Continue the Hearing on China Airlines' Motion to Dismiss, currently scheduled to take place on November 3, 2008, until **December 1, 2008.**

Having reviewed China Airlines' request and other relevant papers on file in this action, the Court hereby grants China Airlines' request and orders that the Hearing on China Airlines' Motion to Dismiss be postponed until **December 1, 2008**, at 10:00 a.m.

IT IS SO ORDERED.


DATED: October 8, 2008                         /s/ OLIVER W. WANGER

                                          HONORABLE OLIVER W. WANGER
                                          United States District Judge

REQUEST AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON CHINA AIRLINES' MOTION TO DISMISS UNTIL NOVEMBER 10, 2008

3

PDF created with pdfFactory trial version www.pdffactory.com