Frank A. Silane (State Bar No.: 90940) (*Designated Counsel for Service*)
Scott D. Cunningham (State Bar No.: 200413)
Julia K. Doyle (State Bar No.: 245020)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: fsilane@condonlaw.com
Email: scunningham@condonlaw.com
Email: jdoyle@condonlaw.com

Attorneys for Defendant
CHINA AIRLINES, LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARENDRA KUMAR, MANISH KUMAR, MONICA KUMAR, and SAVITRI SRIVASTAVA,<br><br>Plaintiffs,<br><br>vs.<br><br>CHINA AIRLINES, and DOES 1-10,<br><br>Defendants. | Case No. CV 08-01044-OWW-GSA<br><br>**ORDER TO PERMIT COUNSEL FOR CHINA AIRLINES, LTD. TO APPEAR TELEPHONICALLY AT THE HEARING OF PLAINTIFFS' MOTION TO WITHDRAW AUTOMATIC ADMISSIONS**<br><br>Date: March 23, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 3 |

IT IS HEREBY ORDERED that counsel for China Airlines, Ltd., shall be permitted to appear telephonically at the hearing of plaintiffs' Motion to Withdraw Automatic Admissions, scheduled for March 23, 2009, at 10:00 a.m.

Dated: 3/12/2009

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
United States District Judge