Jeffrey D. Bohn, Esq. #243870
**LAW OFFICES OF JEFFREY D. BOHN**
2445 Capitol Street, Suite 115
Fresno, California 93721
Telephone: (559) 485-1212
Fax: (559) 485-3804

Attorney for Plaintiffs, Manish Kumar, Narendra Kumar, Monica Kumar, & Savitri Srivastava

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO

| | |
|---|---|
| MANISH KUMAR, NARENDRA KUMAR, MONICA KUMAR, and SAVITRI SRIVASTAVA,<br><br>   Plaintiffs,<br><br>vs.<br><br>CHINA AIRLINES,<br><br>   Defendant | Case No: CV 08-01044-OWW-GSA<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW AUTOMATIC ADMISSIONS AND DENYING PLAINTIFF'S REQUEST FOR MONETARY SANCTIONS** |

The Plaintiffs' motion to withdraw automatic admissions and the requesting of attorney fees came on for hearing before this court, Jeffrey D. Bohn appearing for Plaintiffs' and ____ appearing for defendant.

After consideration of the briefs and arguments of counsel, and all other matters presented to the court:

**IT IS HEREBY ORDERED** that Plaintiff's motion to withdraw automatic admissions is **GRANTED** and Plaintiff's motion for monetary sanctions is **DENIED.**

Plaintiffs shall file corrected admissions within 30 days of the filing date of the Memorandum Decision. The parties shall confer within the week to prepare for the initial Scheduling Conference;

PDF created with pdfFactory trial version www.pdffactory.com

Counsel for Plaintiffs shall prepare and lodge a form of order consistent with the Memorandum Decision within five (5) court days of service of the Memorandum Decision.

**IT IS SO ORDERED**.

DATED: April 9, 2009

                                           /s/ OLIVER W. WANGER
                                           HONORABLE OLIVER W. WANGER
                                           United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com