FILED
JUN 16 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARENDRA KUMAR, MANISH KUMAR, MONICA KUMAR, and SAVITRI SRIVASTAVA,<br><br>Plaintiffs,<br><br>vs.<br><br>CHINA AIRLINES, and DOES 1-10,<br><br>Defendants. | Case No. CV 08-01044-OWW-GSA<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>Date: June 1, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 3<br>Judge: Honorable Oliver W. Wanger |

Defendant China Airlines, Ltd. moved this Court for an order dismissing the complaint of plaintiffs Narendra Kumar, Manish Kumar, Monica Kumar and Savitri Srivastava ("plaintiffs") for lack of subject matter jurisdiction.

The Court has considered the papers submitted in support and in opposition to the motion, the authorities cited by the parties, and the argument of counsel, and a decision having been duly rendered,

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT
MATTER JURISDICTION
CASE NO.: CV 08-01044-OWW-GSA

3947V.1

1  IT IS ORDERED AND ADJUDGED that plaintiffs take nothing; and that
2  plaintiffs' claims against China Airlines, Ltd. are dismissed with prejudice for lack
3  of subject matter jurisdiction.

6  Dated: __6-15-__, 2009

_[signature]_
Honorable Oliver W. Wanger
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT
MATTER JURISDICTION
CASE NO.: CV 08-01044-OWW-GSA

- 2 -

3947V.1